06-00514

RECEIVED
JUL 1 8 2008
Cincinnati
LEONARD GREEN, Clerk
Slatt

# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

07-4092

William K. Suter
Clerk of the Court
(202) 479-3011

July 16, 2008

FILED
JUL 1 8 2008
LEONARD GREEN, Clerk

Clerk
United States Court of Appeals for the Sixth
Circuit
524 Potter Stewart Courthouse
100 East Fifth Street
Cincinnati, OH 45202

Re: Paul Lam
v. Jinny Lam
Application No. 08A42
(Your No. 07-4092)

Dear Clerk:

The application for an extension of time within which to file a petition for a writ of certiorari in the above-entitled case has been presented to Justice Stevens, who on July 16, 2008 extended the time to and including September 19, 2008.

This letter has been sent to those designated on the attached notification list.

Sincerely,

**William K. Suter**, Clerk

by

Gail Johnson
Case Analyst