06-00514
Cincinnati
RECEIVED
Platt OCT - 1 2008

LEONARD GREEN, Clerk

07-4092
Bk/
FILED
OCT - 1 2008
LEONARD GREEN, Cle

**Supreme Court of the United States**
**Office of the Clerk**
**Washington, DC 20543-0001**

William K. Suter
Clerk of the Court
(202) 479-3011

September 26, 2008

Clerk
United States Court of Appeals for the Sixth Circuit
524 Potter Stewart Courthouse
100 East Fifth Street
Cincinnati, OH 45202

Re: Paul Lam
v. Jinny Lam
No. 08-6510
(Your No. 07-4092)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on September 19, 2008 and placed on the docket September 26, 2008 as No. 08-6510.

Sincerely,

William K. Suter, Clerk

by
Gail Johnson
Case Analyst