06-00514
RECEIVED
Cincinnati
Dott    DEC - 4 2008

07-4092

# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

**LEONARD GREEN, Clerk**

William K. Suter
Clerk of the Court
(202) 479-3011

December 1, 2008

FILED
DEC - 4 2008
LEONARD GREEN, Clerk

08 DEC 16 PM 3:14
FILED
JAMES BONINI
CLERK

Clerk
United States Court of Appeals for the Sixth Circuit
524 Potter Stewart Courthouse
100 East Fifth Street
Cincinnati, OH 45202

Re: Paul Lam
v. Jinny Lam
No. 08-6510
(Your No. 07-4092)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

William K. Suter

William K. Suter, Clerk